IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

V.                              Case No. 4:25-mj-00144-JTK-1

MARC PECK                                                                                          DEFENDANT

## ORDER OF DETENTION

Defendant appeared today with counsel for an initial appearance on a criminal complaint. Defendant did not challenge identity and waived a probable cause hearing. The Government requested detention and Defendant reserved his right to request a bond hearing later. Meanwhile, the Defendant is detained in the custody of the United States Marshal.

While detained, the Defendant must be afforded a reasonable opportunity to consult privately with defense counsel in person, by telephone, and by video conferencing, if feasible. Further, on order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the Defendant to the United States Marshal for a court appearance.

IT IS SO ORDERED this 10th day of July, 2025.

_____
UNITED STATES MAGISTRATE JUDGE